# United States District Court

SOUTHERN DISTRICT OF FLORIDA

EXHIBIT LIST
CASE NUMBER: 19-20693-cr-Seitz

United States v. Peter Sotis and Emilie Voissem

| PRESIDING JUDGE | ASSISTANT UNITED STATES ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Patricia A. Seitz | Michael Thakur, AUSA<br>Andy Camacho, AUSA<br>Nathan Swinton, DOJ Trial Attorney | Bruce Udolf, Tony Moss |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/12/2021 | | |

| USA. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1A | | | | | rEvo III rebreather and case |
| 1B | | | | | rEvo III rebreather and case |
| 1C | | | | | rEvo III rebreather and case |
| 1D | | | | | rEvo III rebreather and case |
| 2A | | | | | Photo of rEVo III rebreather |
| 2B | | | | | Photo of four rEvo III rebreathers |
| 3 | | | | | rEvo manual |
| 4 | | | | | Commerce letter regarding return of rebreathers |
| 5A | | | | | Search warrant for Gmail emails |
| 5B | | | | | Search warrant for AOL emails |
| 6 | | | | | Strike Aviation business records |
| 7A | | | | | Add Helium invoice for rebreathers and other equipment |
| 7B | | | | | Add Helium invoice for rebreather dive training |
| 7C | | | | | Add Helium invoice for scooters |
| 7D | | | | | Bank of America statement of wire |
| 7E | | | | | Credit card receipt |
| 7F | | | | | Credit card receipt |
| 7G | | | | | Credit card receipt |
| 7H | | | | | Bank of America statement of 7-7-16 wire |
| 7I | | | | | Inland shipping instructions |
| 7J | | | | | Bill of lading |
| 8A | | | | | Statement of wire from Codi Group to Ramas |
| 8B | | | | | Receipt of wire from Codi Group to Ramas |
| 8C | | | | | Ramas invoice |

United States vs Peter Sotis and Emilie Voissem

CASE NO.
19-20693-cr-Seitz

| USA. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 8D | | | | | Ramas packing list |
| 8E | | | | | Air cargo manifest |
| 9 | | | | | Bank of America statements for Add Helium |
| 10 | | | | | Photo of crates containing rebreathers |
| 11 | | | | | Commerce subpoena to Add Helium |
| 12A | | | | | April 5, 2016, Email from Sotis to Voissem and Robokta |
| 12B | | | | | April 5, 2016, Email from Voissem to Sotis |
| 12C | | | | | April 5, 2016, Email from Bensadik to Sotis |
| 12D | | | | | May 4, 2016, Email from Sotis to Voissem et al. |
| 12E | | | | | May 27, 2016, Email from Bensadik to Voissem and M. Zaghab |
| 12F | | | | | June 3, 2016, Email from Sotis to Bensadik and Nasim |
| 12G | | | | | June 7, 2016, Email from Bensadik to Voissem and M. Zaghab |
| 12H | | | | | June 14, 2016, Email from Bensadik to Voissem and M. Zaghab |
| 12I | | | | | June 20, 2016, Email from Bensadik to Voissm |
| 12J | | | | | July 11, 2016, Email from Sotis to Bensadik and Nasim |
| 12K | | | | | July 11, 2016, Email from Voissem to D. Zaghab |
| 12L | | | | | July 27, 2016, Email from Zollman (Global Forwarding ) to Voissem |
| 12M | | | | | July 28, 2016, Email from Voissem to D. Wesler |
| 12N | | | | | July 28, 2016, Email from Voissem to Sotis |
| 12O | | | | | July 28, 2016, Email from Sotis to Voissem |
| 12P | | | | | July 29, 2016, Email from Zollman (Global Forwarding) to Voissem |
| 12Q | | | | | July 29, 2016, Email from Voissem to M. Zaghab and D. Zaghab |
| 12R | | | | | July 29, 2016, Email from D. Zaghab to Voissem |
| 12S | | | | | July 29, 2016, Email from Voissem to D. Zaghab et al. |
| 12T | | | | | July 29, 2016, Email from Voissem to Sotis and Robotka |
| 12U | | | | | July 30, 2016, Email from Sotis to Voissem and Robotka |
| 12V | | | | | August 1, 2016, Email from Voissem to D. Zaghab and M. Zaghab |
| 12V-1 | | | | | Link from email - Presidential Executive Order Regarding Libya |
| 12W | | | | | August 1, 2016, Email from D. Zaghab to Voissem |
| 12X | | | | | August 1, 2016, Email from Voissem to D. Zaghab and M. Zaghab |
| 12X-1 | | | | | Attachment to email - Add Helium invoice |

United States vs Peter Sotis and Emilie Voissem

CASE NO.
19-20693-cr-Seitz

| USA. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 12X-2 | | | | | Attachment to email - Add Helium invoice |
| 12X-3 | | | | | Attachment to email - Add Helium invoice |
| 12Y | | | | | August 2, 2016, Email from Voissem to D. Zaghab and M. Zaghab |
| 12Y-1 | | | | | Attachment to email - image of dangerous goods declaration |
| 12Z | | | | | August 3, 2016, Email from Voissem to Zollman (Global Forwarding) |
| 12AA | | | | | August 3, 2016, Email from Zollman to Voissem |
| 12BB | | | | | August 4, 2016, Email from Voissem to D. Zaghab and M. Zaghab |
| 12CC | | | | | August 4, 2016, Email from Sotis to Robotka |
| 12DD | | | | | August 5, 2016, Email from Sotis to Robotka and James |
| 12EE | | | | | August 5, 2016, Email from D. Wesler to Voissem |
| 12FF | | | | | August 8, 2016, Email from M. Zaghab to Voissem |
| 12GG | | | | | August 9, 2016, Email from D. Zaghab to Voissem, with attachments |
| 12GG-1 | | | | | Attachment to email - Inland shipping instructions |
| 12GG-2 | | | | | Attachment to email - Bill of lading |
| 12HH | | | | | August 9, 2016, Email from Voissem to D. Zaghab, with attachments |
| 12HH-1 | | | | | Attachment to email - photo of crates |
| 12II | | | | | August 9, 2016, Email from Sotis to M. Zaghab |
| 12JJ | | | | | August 17, 2016, Email from Voissem to Sotis and Robokta |
| 12KK | | | | | August 18, 2016, Email from Voissem to M. Zaghab, Sotis, D. Zaghab |
| 12LL | | | | | August 26, 2016, Email from M. Zaghab to Sotis, Voissem |
| 12MM | | | | | August 26, 2016, Email from Sotis to M. Zaghab |
| 13 | | | | | San Luis Obispo Sheriff's Office records on Voissem |
| 14 | | | | | Voissem phone records |
| 14A | | | | | Voissem phone records for March 27, 2019 |
| 15 | | | | | Operating Agreement between Sotis and Robotka |
| 16 | | | | | Add Helium Sunbiz record |
| 17 | | | | | Photo of Bensadik and Sotis |
| 18 | | | | | Photo of Bensadik and Sotis |
| 19 | | | | | July 29, 2016, Text messages between Voissem and Robotka |
| 20 | | | | | August 15, 2016, Email from Wagner |
| 21 | | | | | December 2016, Text messages from Robotka to Wagner |

| United States vs Peter Sotis and Emilie Voissem | | | | | | CASE NO. 19-20693-cr-Seitz |
|---|---|---|---|---|---|---|

| USA. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| 22A | | | | | Robotka calendar - July 18, 2016 | |
| 22B | | | | | Robotka calendar - August 3, 2016 | |
| 22C | | | | | Robotka calendar - August 4, 2016 | |
| 22D | | | | | Robotka calendar - August 17, 2016 | |
| 22E | | | | | Robotka calendar - August 24, 2016 | |
| 22F | | | | | Robotka calendar - November 2016 | |
| 22G | | | | | Robotka calendar - December 2016 | |
| 23 | | | | | D. Zaghab Kastigar Letter | |
| 24 | | | | | M. Zaghab Kastigar Letter | |
| 25 | | | | | Broward County Circuit Court Order | |
| 26 | | | | | Hearing transcript - Sotis | |
| 27 | | | | | Hearing transcript - Sotis | |
| 28 | | | | | Voissem Kastigar letter | |
| 29 | | | | | Additional text messages between Voissem and Robotka | |
| 29-1 | | | | | December 17, 2016 text message between Voissem and Robotka | |
| 29-2 | | | | | January 3, 2017, text message between Voissem and Robotka | |
| 29-3 | | | | | January 3, 2017, text message between Voissem and Robotka | |
| 29-4 | | | | | January 3, 2017, text message between Voissem and Robotka | |
| | | | | | | |