PAID _____

In Forma
Pauperis _____

*Receipt # 54383l*

Angela E. Noble, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

JAN 20 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,
          **Plaintiff**

V.

PETER SOTIS,
          **Defendant**

)
)
)
)
)
)
)
)
)
)

Docket No. 19 CR-20693

Honorable Patricia A. Seitz

### Notice of Appeal

PLEASE TAKE NOTICE that, Defendant, Peter Sotis, appeal to the United States Court of Appeals for the Eleventh (11th) Circuit from the final judgment entered on January 13, 2022 (DOC # 156) signed by the Honorable Patricia A. Seitz.

Peter Sotis, Pro Se
Address 3865 N. Clearbrook Circle
Delray Beach, FL 33445
Tel: 239-825-3654

### CERTIFICATION

I, Peter Sotis, hereby certify that on January 20, 2022 I mailed and copy of this NOTICE OF APPEAL to MICHAEL THAKUR Assistant United States Attorney Court Id No. A5501474/FL 99 NE Fourth Street, 8Th Floor, Miami, Florida 33132-2111)

Peter Sotis