## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED BY_____D.C.

JAN 20 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES OF AMERICA,**
    **Plaintiff**        )
              )
              )
              )
    **V.**           )   **Docket No. 19 CR-20693**
              )
              )   **Honorable Patricia A. Seitz**
              )
**PETER SOTIS,**        )
    **Defendant**      )

### APPELLANT'S ELEVENTH CIRCUIT RULE 3C DOCKETING STATEMENT

Comes now Peter Sotis, and in compliance with Rule 3 of the Federal Rules of Appellate Procedure and the Eleventh Circuit Rule 3 (C) , submits this docketing statement:

**1. Statement of District court Jurisdiction.** This is a criminal action arising from alleged offenses against the laws of the United States. Violations of the following federal statutes, which create the existence of a federal question, was alleged in the superseding Indictment – 18 U.S.C. §371, 50 U.S.C. §1705, and 18 U.S.C. §554. Peter Sotis was convicted following a jury trial that concluded on October 21, 2021. Sotis was sentenced on January 11, 2022. The court entered its judgment on on January 13, 2022. (Doc. #156). The district court had jurisdiction under 18 U.S.C. § 3231 over prosecutions for violations of the cited above.

**2. Statement of Eleventh Circuit Appellate Jurisdiction.** This is an appeal from a final judgment, with sentence imposed on January 11, 2022, and judgment on that sentence entered on January 13, 2023. The Eleventh Circuit Court of Appeals has jurisdiction over this appeal from

the district court's final judgment under 28 U.S.C. §§1291 and 1294 from the district court's

final imposition of sentence under 18 U.S.C. §3742.

This is not a direct appeal from a magistrate.

No Rule 59(e) Motion to Alter or amend judgment or other motion tolling the time for a

Notice of Appeal has been filed.

The Notice of Appeal was filed on January 20, 2022, contemporaneously with the filing

of this Docketing Statement.

3. **Related Appeals**.  There are no related appeals.

Respectfully submitted,
Pro Se

By:

Peter Sotis