UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-cr-20693

UNITED STATES OF AMERICA

    Plaintiff,

v.

PETER SOTIS and
EMILIE VOISSEM,

    Defendants.

_____/

## NOTICE OF LIMITED APPEARANCE

COMES NOW, **Bruce Udolf, Esq.**, and files this Notice of Limited Appearance as Counsel for Defendant Peter Sotis. This appearance is made for the limited purpose of filing Defendant Sotis' Motion to Extend Self-Surrender Date, filed this day.

Dated: March 11, 2022            Respectfully submitted,

                                            **BRUCE L. UDOLF, P.A.**

                                            *Counsel for Defendant Peter Sotis*
                                            599 SW 2nd Avenue
                                            Fort Lauderdale, Florida 33301
                                            Telephone: (954) 415-2260
                                            Facsimile: (954) 206-5893
                                            budolf@bruceudolf.com

                                            By: /s/ Bruce L. Udolf
                                            Florida Bar No. 0899933

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system on this 11th day of March, 2022 and was served electronically to all counsel of record.

                                                                             By: Bruce Udolf